IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

:irita,:kartalyan@beneficiary,

      Plaintiff,

      v.

KEN CLARK, et al.,

      Defendants.

_____

Case. No. 6:23-cv-636-MC

JUDGMENT

MCSHANE, Judge:

      *Pro se* plaintiff seeks leave to proceed *in forma pauperis* (IFP). This court has discretion in deciding whether to grant *in forma pauperis* status. *See O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990). To qualify for *in forma pauperis* status, a civil litigant must demonstrate both that the litigant is unable to pay court fees and that the claims the litigant seeks to pursue are not frivolous. 28 U.S.C. § 1915(a)(1), 1915(e)(2)(B)(i); *O'Loughlin*, 920 F.2d at 617.

      The Court is unable to make out any valid claim. Plaintiff appears to bring this claim as a sovereign citizen, on behalf of her family. But Plaintiff does not appear to be an attorney and

1 – JUDGMENT

may not proceed pro se on behalf of her family. Additionally, Plaintiff's entire statement of her claim merely alleges she attempted to verify her debt and Defendants committed "wire fraud, non disclosure, trustee violation, lack of equal consideration." These sparse allegations fail to state any claim generally and fail to state a claim under fraud's heightened pleading standards. Additionally, as noted, to the extent Plaintiff attempts to bring the claim on behalf of her family, as she does not appear to be a licensed attorney, she may not bring such claims.

As the complaint fails to state a federal claim, it must be dismissed. 28 U.S.C. § 1915(e)(2).

IT IS SO ORDERED.

DATED this 15th day of May, 2023.


_____/s/ Michael McShane_____ _____
Michael McShane
United States District Judge

2 – JUDGMENT